In the Matter of OMNI RECYCLING OF WESTBURY, INC., Respondent, v TOWN OF OYSTER BAY et al., Appellants.

Submitted October 20, 2008; decided October 23, 2008

Motion by the Association of Towns of the State of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO BORRELL, Also Known as JULIO CESAR BORRELL, Appellant.

Submitted October 20, 2008; decided October 23, 2008

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MITCHELL, Appellant.

Submitted September 29, 2008; decided October 23, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (see NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).